IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JERSON ULISES SANCHEZ-VASQUEZ,

      Petitioner,

      v.                          Case No. 2:26cv84

US IMMIGRATION AND CUSTOMS
ENFORCEMENT,

      Respondent.

## **FINAL ORDER**

Before the Court is a Petition for a Writ of Habeas Corpus, Dkt. No. 1, filed pursuant to 28 U.S.C. § 2241. In his Petition, the Petitioner challenges his immigration detention without the opportunity for a bond hearing. Dkt. No. 1. Respondent filed a response to the Petition on February 18, 2026. Dkt. No. 6. The Petitioner did not file a response.

The matter was referred for disposition to a United States Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A)-(B), Federal Rule of Civil Procedure 72(b), Local Civil Rule 72, and the April 2, 2002 Standing Order on Assignment of Certain Matters to United States Magistrate Judges. In a Report and Recommendation ("R&R") entered on April 14, 2026, the Magistrate Judge recommended that the Petition be denied and dismissed as moot because Petitioner was released from ICE custody. Dkt. No. 9. The parties were advised of their right to file written objections to the R&R. Neither the Petitioner nor the Respondent filed objections with the Court.

Having reviewed the record and having heard no objection, the Court agrees with the R&R on the grounds stated by the Magistrate Judge and **ADOPTS** and **APPROVES** the R&R, Dkt. No. 9, in its entirety as the Court's own opinion. Accordingly, the Petition, Dkt. No. 1, is **DENIED**

and **DISMISSED AS MOOT**. It is **ORDERED** that judgment be entered in favor of the Respondent.

Petitioner may appeal from the judgment entered pursuant to this Final Order by filing a written notice of appeal with the Clerk of this Court, United State Courthouse, 600 Granby Street, Norfolk, Virginia, 23510, within sixty (60) days from the date of entry of such judgment.

The Clerk is **DIRECTED** to forward a copy of this Final Order to Petitioner's last known address and to counsel of record for Respondent.

It is SO ORDERED.

_____ /s/ _____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: May 6, 2026

2